**Appeal Dismissed and Memorandum Opinion filed October 19, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00068-CV**

---

**UNITED STATES AUTOMOBILE ASSOCIATION AND USAA CASUALTY INSURANCE COMPANY, Appellants**

**V.**

**CLEAR VISION WINDSHIELD REPAIR, LLC, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2018-85307**

## MEMORANDUM OPINION

This appeal is from a judgment signed October 21, 2020. The clerk's record was filed February 2, 2021. The court reporter indicated there was no reporter's record for this case on June 14, 2021. No brief was filed.

On August 10, 2021, this court issued an order stating that unless appellants filed a brief on or before August 16, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.